HARRY BYKOWSKY, Respondent, *v.* THE PUBLIC NATIONAL
BANK OF NEW YORK, Appellant.

*Limitation of actions — action to recover money paid defendant who*
*agreed to transmit same abroad and open bank account in favor of*
*plaintiff — when not barred by Statute of Limitations.*

*Bykowsky* v. *Public Nat. Bank of N. Y.,* 209 App. Div. 61, affirmed.
(Argued January 22, 1925; decided February 25, 1925.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
May 2, 1924, which affirmed an order of Special Term
denying defendant's motion for a dismissal of the com-
plaint. The complaint sets forth that on the 17th day
of July, 1917, the defendant represented to the plaintiff
that it was in a position, and agreed, to open a savings
account with the Imperial Savings Bank in the city of
Moscow, Russia, in behalf of plaintiff, and that it would
procure and deliver to the plaintiff a bank book of such
account; that upon such representations and promises the
plaintiff paid to the defendant the sum of $2,115, but
that in violation of said agreement the defendant has
failed to open said account and has failed to deliver the
bank book, by reason whereof this plaintiff was damaged
in the sum of $2,115. This suit was commenced August
22, 1923, more than six years after plaintiff paid defend-
ant the money sought to be recovered.

The following question was certified: " Was the cause
of action alleged in the complaint begun within the time
limited by law for the commencement of the action."

*Sam L. Cohen* and *Henry L. Moses* for appellant.

*William S. O'Connor* and *Joseph G. Wiman* for
respondent.

Order affirmed, with costs; question certified answered
in the affirmative; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, CRANE,
ANDREWS and LEHMAN, JJ. Absent: McLAUGHLIN, J.